# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00480-GCM

| | |
|---|---|
| CSX TRANSPORTATION, INC., <br><br> **Plaintiff,** <br><br> v. <br><br> CRH AMERICAS, INC., <br> BONSAL AMERICAN, INC., <br> JOHN DOES 1-10, <br> OLDCASTLE BUILDING PRODUCTS INC., <br> ABC CORPORATIONS 1-10, <br> OLDCASTLE APG SOUTH, INC., <br> OLDCASTLE LAWN & GARDEN, INC., <br><br> **Defendants.** | **ORDER** |

**THIS MATTER** is before the Court on the Motion for Limited Admission (ECF No. 21) and the Motions for Admission *Pro Hac Vice* ("Motions") concerning Jeffrey D. Cohen and Eric C. Palombo (ECF No. 22, 23). Upon review and consideration of the latter two Motions, which were accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motions. The Motion for Limited Admission (ECF No. 21), which appears duplicative of the *pro hac vice* motion for Mr. Palombo, is **DENIED AS MOOT.**

In accordance with Local Rule 83.1(b), Mr. Cohen and Mr. Palombo are admitted to appear before this court *pro hac vice* on behalf of Plaintiff CSX Transportation, Inc.

**SO ORDERED**.

Signed: October 18, 2021

Graham C. Mullen
United States District Judge