IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00480-GCM

| | |
|---|---|
| CSX TRANSPORTATION, INC., <br><br>**Plaintiff,** <br><br> v. <br><br> OLDCASTLE BUILDING PRODUCTS INC., <br> BONSAL AMERICAN, INC., <br> OLDCASTLE LAWN & GARDEN, INC., <br><br> **Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Matthew J. Tinnelly (ECF No. 33).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Tinnelly is admitted to appear before this court *pro hac vice* on behalf of Plaintiff CSX Transportation, Inc.

**IT IS SO ORDERED**.

Signed: December 15, 2021

Graham C. Mullen
United States District Judge