# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00480-GCM

| | |
|---|---|
| CSX TRANSPORTATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> OLDCASTLE LAWN & GARDEN, INC., <br> BONSAL AMERICAN, INC., <br> OLDCASTLE BUILDING PRODUCTS INC., <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff CSX Transportation's Motion to Dismiss Defendant Oldcastle Lawn & Garden's Counterclaim (ECF No. 31). Oldcastle Lawn & Garden subsequently filed an amended counterclaim with the consent of Plaintiff's counsel. *See* ECF No. 35 at 2; ECF No. 36. Because the amended counterclaim supersedes the filing that CSX Transportation sought to dismiss, CSX Transportation's motion is moot. *See Young v. City of Mount Rainier*, 238 F.3d 567, 573 (4th Cir. 2001) ("[A]n amended pleading supersedes the original pleading, rendering the original pleading of no effect.").

**IT IS THEREFORE ORDERED** that the Motion to Dismiss (ECF No. 31) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: February 18, 2022

Graham C. Mullen
United States District Judge